UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LANCE DAVIS,<br><br>                        Plaintiff,<br><br>   v.<br><br>ROMEO RANAS, *et al.*<br><br>                        Defendants. | Case No. 2:19-cv-01832-KJD-EJY<br><br>ORDER |

       Plaintiff's Complaint (#1) was filed on October 18, 2019. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant ninety (90) days after the filing of the complaint. The ninety-day time period for effecting service of the summons and complaint upon Defendant expired no later than January 16, 2020. Summons was returned unexecuted on November 4, 2019 as to Defendants Dwayne Deal, Michael Minev and Romeo Ranas. On December 2, 2020, the Clerk of the Court ordered Plaintiff to file proof of service of the summons and complaint on Defendant no later than January 1, 2021, and warned Plaintiff that failure to do so could result in the complaint against Defendant being dismissed without prejudice.

       Plaintiff has neither filed proof of service of the summons and complaint within the time allotted by the Federal Rules of Civil Procedure, nor responded in any manner. Therefore, the action against Defendant is dismissed without prejudice.

IT IS SO ORDERED.

       DATED this __3rd__ day of February 2021.

                                                                                                   The Honorable Kent J. Dawson<br>
                                                                                                   United States District Judge